```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :    24cr164-2(DLC)
                                          :
            -v-                           :    ORDER
                                          :
CESAR MARTINEZ,                           :
                                          :
                        Defendant.        :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

As set forth on the record at the arraignment held on March 28, 2024, it is hereby

ORDERED that the motion filed March 27, 2024 is granted. Attorney Mark Cohen is relieved as counsel for the defendant and C.J.A. counsel Jill Shellow is appointed to represent defendant Cesar Martinez.

Dated:   New York, New York
         March 28, 2024

                                    _____
                                            DENISE COTE
                                    United States District Judge