```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA,                :   24cr164-2(DLC)
                                         :
              -v-                        :   ORDER
                                         :
CESAR MARTINEZ,                          :
                                         :
                        Defendant.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

    Having received the defendant's letter of July 12, 2024, it is hereby

    ORDERED that the letter shall be filed under seal.

    IT IS FURTHER ORDERED that the sentencing in this matter is adjourned to August 20, 2024 at 2:30 PM.

    IT IS FURTHER ORDERED that the defendant's sentencing submissions shall be due August 9 and the Government's submissions shall be due August 16.

    SO ORDERED:

Dated:    New York, New York
           July 12, 2024

                                               DENISE COTE
                                       United States District Judge