UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- X
                                        :
UNITED STATES OF AMERICA,               :        24cr164-2(DLC)
                                        :
            -v-                         :        ORDER
                                        :
CESAR MARTINEZ,                         :
                                        :
                        Defendant.      :
                                        :
--------------------------------------- X

DENISE COTE, District Judge:

On August 14, 2024, defense counsel filed a letter requesting new counsel for the defendant and attached a letter from the defendant requesting the same. On the same date, the defendant sent the same letter to the Clerk's Office requesting new counsel. The defendant is currently scheduled to be sentenced on August 20, 2024. Accordingly, it is hereby

ORDERED that the sentencing is adjourned sine die.

IT IS FURTHER ORDERED that a change of counsel conference is scheduled for August 20, 2024 at 2:30 PM in Courtroom 18B, 500 Pearl Street.

SO ORDERED:

Dated:    New York, New York
          August 16, 2024

                              _____
                              DENISE COTE
                      United States District Judge