```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :     24cr164-2 (DLC)
                                        :
            -v-                         :     ORDER
                                        :
CESAR MARTINEZ,                         :
                                        :
                  Defendant.            :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

As set forth on the record at the conference held on August 20, 2024, it is hereby

ORDERED that C.J.A. counsel Jill Shellow is relieved as counsel in this matter and C.J.A. counsel John Zach is appointed to represent the defendant.

Dated:   New York, New York
         August 20, 2024

                                        _____
                                              DENISE COTE
                                        United States District Judge