```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA,                :    24cr164-2(DLC)
                                         :
          -v-                            :         ORDER
                                         :
CESAR MARTINEZ,                          :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Having received the defendant's September 21, 2024 letter regarding a new sentence date, it is hereby

ORDERED that the sentencing in this matter is scheduled for **November 8, 2024 at 11:00 AM** in Courtroom 18B, 500 Pearl Street.

IT IS FURTHER ORDERED that the defendant may file any supplemental sentencing submissions by October 25.  The Government may supplement their sentencing submissions by November 1, 2024.

Dated:   New York, New York
         September 25, 2024

_____
DENISE COTE
United States District Judge