**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Jacob K. Javits Federal Building
26 Federal Plaza, 37th Floor
New York, New York 10278

October 21, 2024

**BY ECF**
Honorable Denise L. Cote
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Cesar Martinez*, 24 Cr. 164 (DLC)

Dear Judge Cote,

    The Government writes to respectfully request a two-week adjournment of the sentencing hearing scheduled in the above-captioned case for November 8, 2024, at 11:00 a.m. The Government seeks this adjournment because the undersigned will be on trial on this date. This is the Government's first request for an adjournment. The defense consents to this request.

    Very truly yours,

    DAMIAN WILLIAMS
    United States Attorney

by: /s
    Brandon C. Thompson
    Assistant United States Attorney
    (212) 637-2444

*Denied. The Government shall arrange for coverage.*
*Denise Cote*
*10/24/24*