```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA,             :    24cr164-2(DLC)
                                      :
              -v-                     :    ORDER
                                      :
CESAR MARTINEZ,                       :
                                      :
                    Defendant.        :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

Having received the defendant's letter of November 4, 2024, which will be filed under seal and copies of which have been provided to counsel for the defendant and to the Government, it is hereby

ORDERED that defense counsel shall be prepared to address the letter at the defendant's November 8, 2024 sentencing.

Dated:   New York, New York
         November 4, 2024

                                                _____
                                                      DENISE COTE
                                       United States District Judge